MEYAC REALTY CORPORATION v. RHODA GOWN SHOP, INC., and Another.—

Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.